UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-62341-CIV-BLOOM

GUCCI AMERICA, INC.,

        Plaintiff,

vs.

2012FASHIONSTORE7, *et al.*,

        Defendants.

_____/

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Local Rule 5.4, Plaintiff, Gucci America, Inc. ("Plaintiff"), submits this Motion to Seal Plaintiff's *Ex Parte* Application, together with the supporting Declarations and Exhibits (together, the "*Ex Parte* Application"), and the Court's Order regarding the same, in accordance with Local Rule 5.4(b) and (d).

Good cause exists for the foregoing Order. The named Defendants are promoting, selling, offering for sale and distributing goods bearing counterfeits of Plaintiff's world famous trademarks. As specifically set forth in Paragraph 3 of the Declaration of T. Raquel Rodriguez-Albizu in Support of Plaintiff's *Ex Parte* Application, Plaintiff's *Ex Parte* Application and the Court's Order regarding the same should be filed under seal to prevent Defendants from receiving notice of Plaintiff's investigation into the operation of their illegal businesses.

Plaintiff requests that the *Ex Parte* Application, and its supporting Declarations and Exhibits, remain under seal until the Court has the opportunity to rule on Plaintiff's *Ex Parte* Application and, if granted, the relief ordered therein has been effectuated. At that time, the *Ex Parte* Application, together with all other pleadings and orders filed under seal in this matter, will be made available to Defendants.

2

DATED: November 30, 2017.                Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.


By: **s/T. Raquel Wiborg-Rodriguez**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez
(Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiff, Gucci America, Inc.